UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JAMES and MARCELLA KLINGER, | ) | |
| | ) | NO.  CV-05-0034-LRS |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | ORDER OF DISMISSAL |
| | ) | |
| CAPITAL ONE BANK, CAPITAL ONE BANK, F.S.B., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has failed to show cause in writing by July 12, 2004 pursuant to the Court's Order To Show Cause (Ct. Rec. 2), as to why this case should not be dismissed pursuant to Federal Rules of Civil Procedure 41(b) for failure to prosecute.  Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed without prejudice and the file be closed in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel of record and defendant.

**DATED** this 25th day of August, 2005.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL